UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2013 AUG 26 P 12:07

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARMELO FIGUEROA

    Defendant.

CASE No. 06-Cr-40007 (FDS)

MOTION FOR SENTENCE RELIEF UNDER THE FEDERAL PRISON BUREAU NON-VIOLENT OFFENDER RELIEF ACT OF 2003.

    **COMES NOW** the Defendant, Carmelo Figueroa, requesting sentence relief under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003; H.R. 3575(a). In general, Section 3624 of Title 18, United States Code, is amended --

    (1) In subsection (a), by inserting at the early release date provided in subsection (g), if applicable otherwise after A prisoner shall be released by the Bureau of Prisons; (2) by adding at the end of the following:

    (g) EARLY RELEASE FOR CERTAIN NON_VIOLENT OFFENDER -- notwithstanding any other provisions of law, the Bureau of Prisons, pursuant to a good time policy, shall release from confinement a prisoner who has served one-half or more of his term of imprisonment (including any consecutive term or terms of imprisonment) is that prisoner:

    (1) has attained the age of 45 years;

    (2) has never been convicted of a crime of violence;

-1-

(3) has not engaged in any violation, involving violent conduct, of institutional disciplinary regulations:

(1a.) Defendant was born __Dominican Republic in 1965__

(2a.) Defendant has no convictions for crimes of violence.

(3a.) Defendant has demonstrated exemplary conduct throughout confinement.

**FACTS**

1. Defendant is presently incarcerated at __BSCC Cedar Hill, Big Spring, TX__, to serve the sentence imposed by a federal court.

2. Defendant was sentenced to __228__ months of imprisonment.

3. Defendant is seeking relief as all requirements are specifically met.

WHEREFOR, Defendant prays the the Court grant sentence relief under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003.

DATED this __19th__ day of __August__, 20__13__.

_Carmelo Figueroa_
Carmelo Figueroa

No. __80550-038__