UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARMELO FIGUEROA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-40007-FDS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM AND ORDER
ON MOTION FOR A CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

Petitioner Carmelo Figueroa pleaded guilty in August 2006 to various drug charges and was sentenced to a term of imprisonment on May 1, 2007. No appeal was filed. On February 25, 2011, he filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and on December 18, 2012, this Court denied the motion as time-barred. Figueroa moved for reconsideration of that denial, and on August 2, 2013, this Court denied the motion. Figueroa now seeks a certificate of appealability ("COA") in order to appeal the denial of his December 18 motion. For the reasons that follow, that motion will be granted.

To appeal the final order in a proceeding instituted under 28 U.S.C. § 2255, the petitioner must first obtain a COA from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c). A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or

that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Petitioner seeks a COA on the same issues under which he sought relief pursuant to 28 U.S.C. § 2255.

The standard for the diligence required for equitable tolling purposes is "reasonable diligence." *See, e.g.*, *Lonchar v. Thomas*, 517 U.S. 314, 326 (1996). The reasonableness of petitioner's actions depends on the totality of the circumstances. *See Ramos-Martinez*, 638 F.3d at 324. The Court finds that reasonable jurists could disagree as to whether petitioner diligently pursued his rights, and likewise could conclude that the issue presented is "adequate to deserve encouragement to proceed further," *Miller-El*, 537 U.S. at 327.

### III.     Conclusion

Accordingly, Figueroa's application for a certificate of appealability is GRANTED.

**So Ordered**.

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 23, 2013